UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERRELL JOHNSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-2516** |
| **ST. TAMMANY PARISH SCHOOL BOARD et al** | **SECTION: "G"(4)** |

### ORDER

Before the Court is Defendants' "Motion to Dismiss for Failure to State a Claim,"[1] which was filed in federal court on November 18, 2014 and set for submission on December 10, 2014. Pursuant to Local Rule 7.5, opposition to a motion must be filed eight days before the noticed submission date. Plaintiff Terrell Johnson ("Johnson") has filed no opposition at this time, and therefore the motion is deemed to be unopposed. This court has authority to grant a motion as unopposed, although it is not required to do so.[2]

In the Complaint filed on November 2, 2014, Johnson alleges that M.V., her minor child and a student in Defendant Michelle Savoie's ("Savoie") classroom, was told to leave the classroom on November 18, 2013.[3] She alleges as follows:

> As M.V. was leaving the classroom Ms. Savoie followed her to the door. As M.V. was leaving she turned around to say something to Ms. Savoie. When M.V. turned around to say something to Ms. Savoie, Ms. Savoie slammed the door on M.V.'s back three times. Ms. Savoie hit M.V. in the back three times with the door with so much force that she caused three separate bruises to appear on the back of M.V.[4]

---

[1] Rec. Doc. 4.

[2] *Edward H. Bohlin Co., Inc. v. Banning Co., Inc.*, 6 F.3d 350, 356 (5th Cir. 1993).

[3] Rec. Doc. 1 at ¶ 11.

[4] *Id.* at ¶¶ 12–14.

1

Johnson states that "[t]his action is brought pursuant to 42 U.S.C. § 1983 and 42 U.S.C. § 1988. Jurisdiction is founded on 28 U.S.C. Section 1221 and 1343, First, Fourth, Ninth, and Fourteenth Amendments of the Constitution of the United States."[5] Johnson additionally alleges violations of Louisiana Civil Code articles 2315, 2315.2, 2316, 2317, and 2320.[6] She seeks damages for pain and suffering, as well as punitive damages.[7]

Defendants in this action are (1) St. Tammany Parish School Board ("School Board"); (2) W.L. "Trey" Folse, III ("Folse") in his official capacity as Superintendent of St. Tammany Parish School Board; (3) Jeanne Blume ("Blume") in her official capacity as Principal of Operation Jumpstart East Alternative Program; and (4) Savoie in her official capacity as a teacher at Operation Jumpstart East Alternative Program (collectively, "Defendants"). In support of their pending motion to dismiss for failure to state a claim, Defendants argue that the official-capacity suits against Folse, Blume, and Savoie must be dismissed because a suit against the School Boards' employee or officer in his or her official capacity is the equivalent of a suit against the Board, and a plaintiff bringing a § 1983 action may not maintain an action against both.[8] Defendants next contend that Johnson's claims for punitive damages against the School Board must be dismissed because the School Board is a political subdivision of the State of Louisiana, and a Title VII plaintiff is prohibited from recovering punitive damages from a political subdivision under 42 U.S.C. § 1981a.[9] Defendants next argue that Johnson's remaining federal claims should be dismissed because she has failed to

---

[5] *Id.* at ¶ 1.

[6] *Id.*

[7] *Id.* at ¶ 35.

[8] Rec. Doc. 4-2 at p. 4 (citing *Castro Romero v. Becken*, 256 F.3d 349, 355 (5th Cir. 2001)).

[9] *Id.* at p. 5.

allege specific facts giving rise to a Constitutional violation.[10] Finally, Defendants contend that this Court should decline to exercise supplemental jurisdiction over Johnson's claims arising under state law.[11]

Finding the pending motion to be unopposed, and further, it appearing to the Court that the motion has merit,

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss[12] is **GRANTED** as unopposed, and that Plaintiff's federal civil rights claims are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiffs' state law claims are **DISMISSED WITHOUT PREJUDICE.**

**NEW ORLEANS, LOUISIANA**, this  21st  day of January, 2015.

*Nannette Jolivette Brown*
**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**

---

[10] *Id.* at pp. 5–6.

[11] *Id.* at p. 10.

[12] Rec. Doc. 43.